# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In Re:** | Bankruptcy Chapter 7 |
| AE Liquidation, Inc., et al. (f/k/a Eclipse Aviation), | Bankruptcy Case No.: 08-13031 (MFW) |
| Debtors. | |
| Jeoffrey L. Burtch, Chapter 7 Trustee | Adversary No. 10-55543 (MFW) |
| Plaintiff/Appellee, | |
| vs. | |
| Prudential Real Estate and Relocation Services, Inc., et al. | Civil Case No. 16-00252 (LPS) BAP No. 16-17 |
| Defendants/Appellants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2016, I caused a true and copy of the foregoing *Appellants' Principal Brief* to be served via CM/ECF notifications on those parties registered to receive such notifications and via First Class U.S. Mail upon the parties listed below.

Dated: August 31, 2016            */s/ Michael Busenkell*
                                  Michael Busenkell (DE 3933)

**Via First Class U.S Mail**
Law Office of Susan E. Kaufman, LLC
M. Claire McCudden, Esq.
919 North Market Street
Suite 460
Wilmington, DE 19801