# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Chapter 7 |
| | ) | |
| AE LIQUIDATION, INC., *et al.*, | ) | Bankruptcy Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| JEOFFREY L. BURTCH, | ) | |
| CHAPTER 7   TRUSTEE, | ) | |
| | ) | Adv. Pro. No. 10-55543 (MFW) |
| Plaintiff/Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRUDENTIAL REAL ESTATE AND | ) | Civil Case No. 16-00252 (LPS) |
| RELOCATION SERVICES, INC., | ) | BAP No. 16-17 |
| AND PRUDENTIAL RELOCATION, INC., | ) | |
| | ) | |
| Defendants/Appellant. | ) | |

### CERTIFICATE OF COMPLIANCE WITH RULE 8015(A)(7)(B) OR 8016(D)(2)

This brief complies with the type-volume limitation of Rule 8015(a)(7)(B) or 8016(d)(2) because:

X     this brief contains 2295 words, excluding the parts of the brief exempted by Rule 8015(a)(7)(B)(iii) or 8016(d)(2)(D), or

☐     this brief uses a monospaced typeface having no more than 10½ characters per inch and contains [state the number of] lines of text, excluding the parts of the brief exempted by Rule 8015(a)(7)(B)(iii) or 8016(d)(2)(D).

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ M. Claire McCudden*
M. Claire McCudden, (DSB# 5036)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420 / (302) 792-7420 Fax
cmccudden@skaufmanlaw.com

Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee

Dated: September 30, 2016